# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **MRI RESOURCES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **11-2885627** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **4277 HEMPSTEAD TURNPIKE BETHPAGE, NY**  ZIP CODE **11714** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **SUFFOLK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **C/O SONIX MEDICAL RESOURCES, INC. 150 MOTOR PARKWAY HAUPPAUGE, NY** ZIP CODE **11788** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business** (Check one box)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **MRI RESOURCES, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** <br> Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form 1) (1/08) | FORM B1, Page 4 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MRI RESOURCES, INC. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| ~~I declare under penalty of perjury that the information provided in this petition is true~~ and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **Not Applicable** <br> Signature of Debtor <br><br> X **Not Applicable** <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br><br> Date | ~~I declare under penalty of perjury that the information provided in this petition is true~~ and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X **Not Applicable** <br> (Signature of Foreign Representative) <br><br> (Printed Name of Foreign Representative) <br><br> Date |
| **Signature of Attorney** <br><br> X _/s/ Signature of Attorney_ <br> Signature of Attorney for Debtor(s) <br><br> **A. MITCHELL GREENE** Bar No. <br> Printed Name of Attorney for Debtor(s) / Bar No. <br><br> **Robinson Brog Leinwand Greene Genovese** <br> Firm Name <br><br> **1345 Avenue Of The Americas New York, NY 10105** <br> Address <br><br> **212-603-6300** <br> Telephone Number <br><br> **October 15, 2009** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> **Not Applicable** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> X **Not Applicable** <br><br> Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _/s/_ <br> Signature of Authorized Individual <br><br> **JOHN J. COLBERT** <br> Printed Name of Authorized Individual <br><br> **VICE PRESIDENT** <br> Title of Authorized Individual <br><br> Date | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

MRI RESOURCES, INC.

Debtor.

Chapter 11

Case No.:

# CERTIFICATE OF RESOLUTION

I, the undersigned, **JOHN J. COLBERT**, Vice-President of **MRI RESOURCES, INC.**, (the "Corporation"), do hereby certify that at a meeting of the Board of Directors of the Corporation duly called and held on October 14, 2009, the following resolutions were adopted and recorded in the Minute Book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the Board of Directors it is desirable and in the best interest of the Corporation, its creditors, stockholders and other interested parties, that a petition be filed by the Corporation for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that John J. Colbert, Vice-President, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that John J. Colbert, Vice-President, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson

Brog Leinwand Greene Genovese & Gluck P.C. be retained and
employed as legal counsel for the Corporation under a general
retainer, in addition to such special counsel as may hereafter
become necessary or proper with a view to the successful
conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Corporation this 15th day of October, 2009.

_____
JOHN J. COLBERT, Vice-President

00445996 DOC. 1

{00453787.DOC;1}2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of New York

In re **MRI RESOURCES, INC.**, Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GE HEALTHCARE FINANCIAL SER. | | | | $400,465.20 |
| HITACHI MEDICAL SYSTEMS<br>1959 SUMMIT COMMERCE PARK<br>ATTN: GAY WYNN<br>TWINSBURG, OH | | | | $16,293.76 |
| HOLOGIC INC.<br>24506 NETWORK PLACE<br>CHICAGO, IL | | | | $13,042.46 |
| MEDRAD INC.<br>PO BOX 360172<br>PITTSBURGH, PA | | | | $9,138.99 |
| JEFFERSON MEDICAL & IMAGING<br>5470 BERKSHIRE VALLEY RD<br>OAK RIDGE, NJ | | | | $8,447.55 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MRI RESOURCES, INC.**, Case No. _____
Debtor                        Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CONFIRMA INC<br>11040 MAIN STREET<br>SUITE 100<br>BELLEVUE, WA | | | | $7,785.86 |
| ASD HEALTHCARE<br>PO BOX 848104<br>DALLAS, TX | | | | $7,262.50 |
| LIPA<br>PO BOX 9039<br>HICKSVILLE, NY 11802 | | | | $4,976.81 |
| MERGE TECHNOLOGIES, INC.<br>6737 W. WASHINGTON STREET<br>SUITE 2250<br>MILWAUKEE, WI | | | | $3,691.08 |
| AMERICAN COLLEGE OF RADIOLOGY<br>1891 PRESTON WHITE DRIVE<br>RESTON, VA | | | | $2,600.00 |
| HITACHI CAPITAL AMERICA CORP.<br>21925 NETWORK PLACE<br>LEASE # 30329-001<br>CHICAGO, IL | | | | $2,390.44 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **MRI RESOURCES, INC.**                     ,     Case No. _____

                               Debtor                   Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NEW HORIZONS COMMUNICATIONS 420 BEDFORD ST SUITE 250 LEXINGTON, MA 02420 | | | | $2,231.07 |
| WB MASON CO IN 21 COMMERCE DRIVE ATTN: JULIO CARRERAS CRANBURY, NJ | | | | $2,084.53 |
| LI YELLOW CAB CORP. 100 NEW SOUTH ROAD HICKSVILLE, NY | | | | $1,470.00 |
| OFFICE DEPOT PO BOX 633211 CINCINNATI, OH | | | | $1,201.74 |
| SB LANDSCAPING 811 BROMPTON DRIVE WESTBURY, NY | | | | $977.62 |
| LUCY DITIZIO 33 VIRGINIA AVENUE PLAINVIEW, NY | | | | $900.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __MRI RESOURCES, INC._____, Case No. _____
            Debtor                                Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ST. JOHN COMPANIES, INC<br>PO BOX 51263<br>LOS ANGELES, CA | | | | $704.78 |
| PHYSICIAN SALES & SERVICE INC.<br>208 PASSAIC AVENUE<br>FAIRFIELD, NJ | | | | $688.11 |
| MEDLINE INDUSTRIES, INC.<br>PO BOX 382075<br>PITTSBURGH, PA | | | | $685.85 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, JOHN J. COLBERT, VICE PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: October 15, 2009        Signature: _____

JOHN J. COLBERT ,VICE PRESIDENT
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

MRI RESOURCES, INC.

Case No.

Chapter 11

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: October 15, 2009

JOHN J. COLBERT
Debtor

A. MITCHELL GREENE
Attorney for Debtor

USBC-44

Rev. 3/17/05

ADVANCED HEALTHCARE RESOU
201 MORELAND RD
HAUPPAUGE, NY  11788


ADVANCED HEALTHCARE RESOU
201 MORELAND RD, STE 1
HAUPPAUGE, NY  11788


ALL ISLAND IRRIGATION, IN
200 CENTRAL AVENUE
FARMINGDALE, NY


AMERICAN COLLEGE OF RADIO
1891 PRESTON WHITE DRIVE
RESTON, VA


ASD HEALTHCARE
PO BOX 848104
DALLAS, TX


ASTARITA ASSOCIATES INC.
414 ROUTE 111
SMITHTOWN, NY


BRICK RESOURCES INC.
455 JACK MARTIN BLVD.
BRICK, NJ 08724


BRICK RESOURCES, INC.
455 JACK MARTIN BLVD
BRICK,  NJ  08724


CATAPANO'S GOURMET ITALIA
326 BROADWAY
BETHPAGE, NY

CIT HEALTHCARE LLC
AS ADMINISTRATIVE AGENT
305 FELLOWSHIP RD
SUITE 300
MOUNT LAUREL, NJ 08054


CONFIRMA INC
11040 MAIN STREET
SUITE 100
BELLEVUE, WA


DVI CAPITAL COMPANY
6611 ROCKSIDE RD
SUITE 110
INDEPENDENCE, OH 44131


GE HEALTHCARE FINANCIAL S


GE MEDICAL SYSTEMS
PO BOX 96483
CHICAGO, IL


GENERAL ELECTRIC CAPITAL
PO BOX 414
MILWAUKEE, WI 53201


GENERAL ELECTRIC COMPANY
PO BOX 414
MILWAUKEE, WI 53201


HITACHI CAPITAL AMERICA C
800 CONNECTICUT AVE.
NORWALK, CT 06854


HITACHI CAPITAL AMERICA C
21925 NETWORK PLACE
LEASE # 30329-001
CHICAGO, IL

HITACHI MEDICAL SYSTEMS
1959 SUMMIT COMMERCE PARK
ATTN: GAY WYNN
TWINSBURG, OH


HOLOGIC INC.
24506 NETWORK PLACE
CHICAGO, IL


IMAGING FINANCIAL SERVICE
100 KINGS HIGHWAY S.
ROCHESTER, NY  14617


JEFFERSON MEDICAL & IMAGI
5470 BERKSHIRE VALLEY RD
OAK RIDGE, NJ


JOHN J. PRIBISH
BLANK ROME LLP
405 LEXINGTON AVENUE
10174


LI YELLOW CAB CORP.
100 NEW SOUTH ROAD
HICKSVILLE, NY


LIPA
PO BOX 9039
HICKSVILLE, NY 11802


LOYAL BUSINESS MACHINES
980 SUNRISE HIGHWAY
W.BABYLON, NY


LUCY DITIZIO
33 VIRGINIA AVENUE
PLAINVIEW, NY

MASTERS MECHANICAL CORP.
75 VERDI STREET
FARMINGDALE, NY



MEDLINE INDUSTRIES, INC.
PO BOX 382075
PITTSBURGH, PA



MEDRAD INC.
PO BOX 360172
PITTSBURGH, PA



MEDVANCE RESOURCES, INC.
430 E. 59TH STREET
NEW YORK, NY  10022



MERGE TECHNOLOGIES, INC.
6737 W. WASHINGTON STREET
SUITE 2250
MILWAUKEE, WI



NEW HORIZONS COMMUNICATIO
420 BEDFORD ST
SUITE 250
LEXINGTON, MA 02420



OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH



PATCHOGUE PRINTING INC.
23 HAVENS AVENUE
PATCHOGUE, NY



PHYSICIAN SALES & SERVICE
208 PASSAIC AVENUE
FAIRFIELD, NJ

PUBLIC STORAGE INC.
4040 HEMPSTEAD TPKE.
BETHPAGE, NY

ROCKFORD INDUSTRIES, INC.
1851 E. 1ST STREET
SUITE 600
SANTA ANA, CA  92705

SB LANDSCAPING
811 BROMPTON DRIVE
WESTBURY, NY

SOUTH MEDICAL RESOURCES,
7001 113TH STREET, APT 1-J
FOREST HILLS, NY  11375

SOUTH MEDICAL RESOURCES,
7001 113TH STREET, APT 1-
FOREST HILLS, NY 11375

ST. JOHN COMPANIES, INC
PO BOX 51263
LOS ANGELES, CA

STONY ACQUISITIONS, INC.
1500 NESCONSET HWY
STONY BROOK, NY  11790

STONY ACQUISITIONS, INC.
1500 NESCONSET HWY
STONY BROOK, NY 11790

SUBURBAN EXTERMINATING SV
879 JERICHO TPKE
SMITHTOWN, NY

TOM'S RIVER RESOURCES
19 MULE RD
TOMS RIVER, NJ  08755



TOM'S RIVER RESOURCES, IN
MULE RD
TOMS RIVER, NJ  08755



TOTOWA SYSTEMS INC.
PO BOX 696
TOTOWA, NJ



U.S. BANK TRUST NA
AS CUSTODIAN OR TRUSTEE
180 5TH STREET E.
ST. PAUL, MN  55101



US BANK TRUST NA
60 LIVINGSTON AVENUE
ST. PAUL, MN  55107



WB MASON CO IN
21 COMMERCE DRIVE
ATTN: JULIO CARRERAS
CRANBURY, NJ



WINTER BROS RECYCLING
1198 PROSPECT AVENUE
WESTBURY, NY 11590